

FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0462

WESLEY J. BARTELL,

Petitioner,

v.

JIM SALMONSEN,
Warden, Montana State Prison, Deer Lodge,

Respondent.

ORDER

FILED

NOV 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Wesley J. Bartell objects to this Court's September 21, 2021 Order denying him habeas corpus relief "in its [entirety]" because he claims that it was judicially biased. He states that he has a fundamental right to habeas corpus. We deem his Notice of Objections a petition for rehearing, pursuant to M. R. App. P. 20(1).

M. R. App. P. 20(1)(a) provides the three criteria for this Court to "consider a petition for rehearing . . . :"

  (i) That it overlooked some fact material to the decision;
  (ii) That it overlooked some question presented by counsel that would have proven decisive to the case; or
  (iii) That its decision conflicts with a statute or controlling decision not addressed by the supreme court.

M. R. App. P. 20(1)(a)(i)-(iii). Pursuant to M. R. App. P. 20(1)(d), a petitioner must demonstrate extraordinary circumstances when this Court denies a petition for relief.

Bartell is not entitled to rehearing on the basis that he disagrees with the outcome of this Court's previous order denying him relief. There is no fundamental right to granting a writ of habeas corpus. A petitioner, such as Bartell, must prove that his sentence and imprisonment were unlawful, as required by a petition for habeas corpus relief. *Miller v. Eleventh Judicial Dist. Ct.*, 2007 MT 58, ¶ 14, 336 Mont. 207, 154 P.3d 1186. Bartell did

not meet the burden "to convince the Court that a writ should be issued." *Miller*, ¶ 14. We explained previously that Bartell came too late to this Court to challenge his 2018 felony conviction because any challenge should have been raised in a timely appeal and that Bartell did not appeal after the District Court imposed a sentence upon revocation in 2019. Bartell now makes assertions without substance and has not shown any error in this Court's prior order. While Bartell does not like the outcome, he is not entitled to a different decision. Bartell, thus, has not advanced any of the three criteria nor demonstrated extraordinary circumstances to warrant rehearing. Therefore,

IT IS ORDERED that Bartell's Notice of Objections, deemed a Petition for Rehearing, is DENIED.

The Clerk of the Supreme Court is directed to provide a copy to counsel of record and to Wesley J. Bartell personally.

DATED this 16 day of November, 2021.

_____
Chief Justice

_____

_____

_____
Justices

2